UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VENICE PI, LLC,

        Plaintiff,

v.

DOES 1-12,

        Defendants.

C17-1403 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for expedited discovery, docket no. 5, is GRANTED as follows. Plaintiff may issue a subpoena pursuant to Federal Rule of Civil Procedure 45 to any Internet service provider ("ISP") associated with the Internet Protocol ("IP") addresses identified in Exhibit B to the Complaint. Such subpoena may request the name, street address, and e-mail address (but not the phone number) of the subscriber connected with each such IP address. An ISP served with a subpoena authorized by this Minute Order shall give written notice **and copies of the subpoena *and* this Minute Order** to the affected subscriber, via first-class U.S. mail, and via e-mail if practicable, **within seven (7) days after receipt of the subpoena**. The ISP shall not disclose the information sought in the subpoena during the 30-day period after notice is sent to the subscriber.

(2) Any objection to the subpoena by either the ISP or the affected subscriber must be served on plaintiff's counsel **within 30 days after receipt of the subpoena**. Such objection must be sent to David A. Lowe via either first-class U.S. mail at Lowe Graham Jones PLLC, 701 Fifth Avenue, Suite 4800, Seattle, WA 98104, or e-mail at Lowe@Lowe GrahamJones.com. Any objection may also, but need not be, filed with the Court by sending it to the Clerk of the Court, United States District Court for the Western

MINUTE ORDER - 1

District of Washington, 700 Stewart Street, Seattle, WA 98101.  If an objection is so served (or filed), plaintiff's counsel shall immediately notify the ISP, and the ISP shall preserve the material responsive to the subpoena at issue, but it shall not disclose the information sought therein, until further order of the Court.  An objection need **not** contain the subscriber's name, address, or other identifying information, but it must specify the IP address as to which the challenged subpoena was issued.

(3) If no objection is served, the ISP shall comply with the subpoena as soon as practicable after the termination of the 30-day waiting period, **but no later than 60 days after receipt of the subpoena**.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.  Plaintiff's counsel is directed to provide a copy of this Minute Order along with each subpoena issued pursuant hereto.

Dated this 20th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2