# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC<br><br>Plaintiff<br><br>v.<br><br>DAVID MEINERT; DONOVAN JONES; JULIE DEUTSCH; KURT EICHMEIER; TRISHA BRAUN; DORU PINTILEI; HECTOR ZAPATA; AND DIAMOND HALE,<br><br>Defendants, | No. 17-cv-1403TSV<br><br>AMENDED NOTICE OF APPEARANCE |

TO:   The Clerk of the Court and

TO:   David A. Lowe and Lowe Graham Jones, PLLC, Attorneys for Plaintiff

NOTICE IS HEREBY GIVEN that the Defendant, David Meinert, appears herein, by and through his attorneys, Cecilia A. Cordova, Austin Cordova-Sanchez and Pacific Alliance Law, PLLC, without waiving objections as to failure of service, improper service, or want of jurisdiction, and requests that all future pleadings and papers, except original process, be served upon said attorneys.

DATED this 15th day of December, 2017.

Venice PI, LLC v. David Meinert et al
Amended Notice of Appearance - 1

PACIFIC ALLIANCE LAW, PLLC
601 Union Street, Suite 4200
Seattle, Washington 98101
(206) 652-3592
Fax: (206) 299-0999

1
2           PACIFIC ALLIANCE LAW, PLLC
3           /s/ Cecilia A. Cordova
4           _____
            Cecilia A. Cordova, WSBA No. 30095
5           Austin Cordova-Sanchez, WSBA No. 51151
            Attorney for the Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Venice PI, LLC v. David Meinert et al
Amended Notice of Appearance - 2

PACIFIC ALLIANCE LAW, PLLC
601 Union Street, Suite 4200
Seattle, Washington 98101
(206) 652-3592
Fax: (206) 299-0999

## CERTIFICATE OF SERVICE

I certify that on December 15, 2017, I served by email the attached document on the following counsel to the parties to this proceeding:

**COUNSEL FOR PLAINTIFF**

**Lowe Graham Jones, PLLC**
David A. Lowe, WSBA #24453
Lowe@LoweGrahamJones.com
701 Fifth Avenue, Ste 4800
Seattle, WA  98104
206-381-3300
Fax:  206-381-3301

/s/ Cecilia A. Cordova

_____
Cecilia A. Cordova, WSBA #30095

Venice PI, LLC v. David Meinert et al
Amended Notice of Appearance - 3

PACIFIC ALLIANCE LAW, PLLC
601 Union Street, Suite 4200
Seattle, Washington 98101
(206) 652-3592
Fax:  (206) 299-0999