1
2
3
4
5

DANIEL T.L. FASY, WSBA No. 37697
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone:  (509) 455-8711
Facsimile:  (509) 455-8734
Attorneys for Defendant Kurt Eichmeier

6

7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9    VENICE PI, LLC,                                    )
                                                        )    NO.  2:17-cv-01403-TSZ
10                        Plaintiff,                     )
                                                        )    **DEFENDANT KURT**
11         v.                                            )    **EICHMEIER'S ANSWER TO**
                                                        )    **PLAINTIFF'S RESPONSE TO**
12   DAVID MEINERT; DONOVAN                              )    **SHOW CAUSE ORDER**
     JONES; JULIE DEUTSCH; KURT                          )
13   EICHMEIER; TRISHA BRAUN;                            )
     DORU PINTILEI; HECTOR                               )
14   ZAPATA; and DIAMOND HALE;                           )
                                                        )
15                                                       )
                          Defendants.                   )
16

17        In response to Plaintiff's Response to Show Cause Order ("Plaintiff's

18
     Response") [Dkt. #37], Defendant Kurt Eichmeier hereby submits the attached
19

20   Declaration of J. Christopher Lynch.  Mr. Lynch was referenced personally by the

21   Court in its January 8, 2018, Minute Order [Dkt. #36].   Plaintiff's Response

22   requests "the opportunity for third party discovery of" Mr. Lynch.  Dkt. #37 at p.

23
     12 ll. 4-5.  In his declaration, Mr. Lynch addresses a number of the statements
24

25

     DEF. EICHMEIER'S ANSWER TO PLTF'S
     RESPONSE TO THE COURT'S 1/8/2018
     MINUTE ORDER - 01403-TSZ - 1

**Dunn & Black, P.S.**
Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1   made by Plaintiff's counsel in Plaintiff's Response.  Mr. Lynch also volunteers to

2   testify before the Court if requested to do so.

3          DATED this 9th day of March, 2018.

4
                                        DUNN & BLACK, P.S.
5
                                        s/  DANIEL T.L. FASY
6                                       DANIEL T.L. FASY, WSBA No. 37697
7                                       Attorneys for Defendant Kurt Eichmeier
                                        Dunn & Black, P.S.
8                                       111 North Post, Ste. 300
9                                       Spokane, WA 99201-0907
                                        Telephone: (509) 455-8711
10                                      Fax:         (509) 455-8734
11                                      Email:  dfasy@dunnandblack.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 | DEF. EICHMEIER'S ANSWER TO PLTF'S
RESPONSE TO THE COURT'S 1/8/2018
MINUTE ORDER - 01403-TSZ - 2

**Dunn & Black, P.S.**
Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- **Cecilia A Cordova**
  cecilia@cordovalawfirm.com,jayoconnell@cordovalawfirm.com

- **Benjamin R Justus**
  ben@lpjustus.com

- **David Allen Lowe**
  lowe@lowegrahamjones.com,litdocketing@lowegrahamjones.com,Billick@LoweGrahamJones.com

                    DUNN & BLACK, P.S.

                    s/ DANIEL T.L. FASY
                    DANIEL T.L. FASY, WSBA No. 37697
                    Attorneys for Defendant Kurt Eichmeier
                    Dunn & Black, P.S.
                    111 North Post, Ste. 300
                    Spokane, WA 99201-0907
                    Telephone:  (509) 455 8711
                    Fax:  (509) 455 8734
                    Email:  dfasy@dunnandblack.com

DEF. EICHMEIER'S ANSWER TO PLTF'S
RESPONSE TO THE COURT'S 1/8/2018
MINUTE ORDER - 01403-TSZ - 3

**Dunn & Black, P.S.**
Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734