GREGORY JONES, WSBA No. 28617
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone:  (509) 455-8711
Facsimile:  (509) 455-8734
Attorneys for Defendant Kurt Eichmeier

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VENICE PI, LLC, | NO. 2:17-cv-01403-TSZ |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| DOES 1-12, | |
| Defendants. | |

TO:        All parties and counsel of record

AND TO:   The Clerk of the Court

PLEASE TAKE NOTICE that the firm of Dunn & Black, P.S., by and through GREGORY JONES, hereby enters its appearance in the above cause on behalf of Defendant Kurt Eichmeier without waiving any jurisdictional defenses it may have based on lack of subject matter jurisdiction, improper forum, lack of jurisdiction over Defendant, lack of venue, insufficiency of process, insufficiency of service of process, or failure of the Complaint to state a claim upon which relief may be granted, and specifically and expressly reserving the right to raise these defenses by motion or

NOTICE OF APPEARANCE - 1

**Dunn & Black, P.S.**
Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

answer.  You are hereby directed to serve all future pleadings or papers, except process, upon said attorneys at the address below stated:

> Gregory Jones
> Dunn & Black, P.S.
> 111 North Post, Suite 300
> Spokane, WA 99201

DATED this 24th day of July, 2018.

> DUNN & BLACK, P.S.
>
> s/ GREGORY JONES
> GREGORY JONES, WSBA No. 28617
> Attorneys for Defendant Kurt Eichmeier
> Dunn & Black, P.S.
> 111 North Post, Ste. 300
> Spokane, WA 99201-0907
> Telephone: (509) 455-8711
> Fax:        (509) 455-8734
> Email:  gjones@dunnandblack.com

NOTICE OF APPEARANCE - 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- **Benjamin R Justus**
  ben@lpjustus.com

- **David Allen Lowe**
  lowe@lowegrahamjones.com,litdocketing@lowegrahamjones.com,Billick@LoweGrahamJones.com

- **Cecilia A Cordova**
  cecilia@cordovalawfirm.com,jayoconnell@cordovalawfirm.com

DUNN & BLACK, P.S.

s/ GREGORY JONES
GREGORY JONES, WSBA No. 28617
Attorneys for Defendant Kurt Eichmeier
Dunn & Black, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455 8711
Fax: (509) 455 8734
Email: gjones@dunnandblack.com

NOTICE OF APPEARANCE - 3

**Dunn & Black, P.S.**
Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734